# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

_____

## No. ACM 40340 (f rev)

_____

### UNITED STATES
*Appellee*

**v.**

### Christopher N. GRAVES
Senior Airman (E-4), U.S. Air Force, *Appellant*

_____

Appeal from the United States Air Force Trial Judiciary

*Upon Further Review*

Decided 17 October 2023

_____

*Military Judge*: Rebecca E. Schmidt (pretrial motion); Matthew D. Talcott (pretrial motions); Pilar G. Wennrich (arraignment); Brian C. Mason (trial); Lance R. Smith (remand).[1]

*Sentence*: Sentence adjudged on 26 May 2022 by GCM convened at Joint Base Anacostia-Bolling, Washington, District of Columbia.[2] Sentence entered by military judge on 27 June 2022, and re-entered on 8 September 2023: Dishonorable discharge, confinement for 36 months, and reduction to E-1.

*For Appellant*: Major Jenna M. Arroyo, USAF; Major Jarett Merk, USAF.

*For Appellee*: Captain Olivia B. Hoff, USAF; Mary Ellen Payne, Esquire.

Before RICHARDSON, CADOTTE, and ANNEXSTAD, *Appellate Military Judges*.

_____

[1] The pretrial motions were pursuant to Article 30a, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 830a.

[2] Appellant was arraigned at Fort George G. Meade, Maryland.

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————————

PER CURIAM:

Appellant's case is before us a second time. This case was submitted for our review on its merits without assignment of error. However, in an earlier opinion, this court remanded the case to the Chief Trial Judge, Air Force Trial Judiciary, for modification of the entry of judgment as noted in our opinion. *United States v. Graves*, No. ACM 40340, 2023 CCA LEXIS 356 (A.F. Ct. Crim. App. 23 Aug. 2023) (per curiam) (unpub. op.). On 8 September 2023, a detailed military judge issued a corrected copy of the entry of judgment. Appellant's case was then returned to this court.

The corrected entry of judgment complies with our remand order.

The findings and sentence as entered on 8 September 2023 are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d). Accordingly, the findings and the sentence are **AFFIRMED**.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court